# SEARCH WARRANT

### G.L. c. 276, §§ 1-7

**TRIAL COURT OF MASSACHUSETTS**

| Superior | COURT DEPARTMENT |
|---|---|

| Suffolk | DIVISION |
|---|---|

SEARCH WARRANT DOCKET NUMBER

---

**TO THE SHERIFFS OF OUR SEVERAL COUNTIES OR THEIR DEPUTIES, ANY STATE POLICE OFFICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR COMMONWEALTH:**

Proof by affidavit, which is hereby incorporated by reference, has been made this day and I find that there is **PROBABLE CAUSE** to believe that the property described below:

- ☐ has been stolen, embezzled, or obtained by false pretenses.
- ☑ is intended for use or has been used as the means of committing a crime.
- ☑ has been concealed to prevent a crime from being discovered.
- ☑ is unlawfully possessed or concealed for an unlawful purpose.
- ☑ is evidence of a crime or is evidence of criminal activity.
- ☐ other *(specify)* _____

**YOU ARE THEREFORE COMMANDED** within a reasonable time and in no event later than seven days from the issuance of this search warrant to search for the following property:

SEE ADDENDUM A
_____
_____
_____
_____

☑ **at:**

2599 Washington St. Roxbury, MA 02119 (SEE ADDENDUM B FOR DESCRIPTION OF PROPERTY)
_____

which is occupied by and/or in possession of:
_____
_____

☐ on the person or in the possession of *(identify any specific person(s) to be searched):*
_____
_____

You ☐ are ☒ are not   also authorized to conduct the search at any time during the night.

You ☐ are ☒ are not   also authorized to enter the premises without announcement.

You ☐ are ☒ are not   also commanded to search any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

**YOU ARE FURTHER COMMANDED** if you find such property or any part thereof, to bring it, and when appropriate, the persons in whose possession it is found before the
_____ Division of the _____ Superior _____ Court Department.

| DATE ISSUED | SIGNATURE OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK |
|---|---|
| 6.14.17 | x _Mary K. Ann_ |
| FIRST OR ADMINISTRATIVE JUSTICE | PRINTED NAME OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK |
| WITNESS: _Fabricant, J._ | MARY K. ANN |

ADDENDUM A

A.      Steroids, a class E controlled substance as defined by Massachusetts General Law c. 94C, Heroin, a class A controlled substance as defined by Massachusetts General Law c. 94C, Adderall, a class B controlled substance as defined by Massachusetts General Law c. 94C, along with all papers, records, documents, currency, proceeds, implements and paraphernalia related to the illegal possession, manufacture, or distribution of steroids and any bank records, RMV records, passports, safety deposit keys and/or documents and/or keys pertaining to occupancy; any safes, hides or strong boxes that may be used to secure any such articles.

B.      Books, papers, documents, records, including written and electronically generated records, evidencing the residents of the location being searched and/or evidencing the unlawful sale, possession, use or transference of controlled substances, including, but not limited to:

i.       Records, documents, papers, bills, correspondence, letters demonstrating connecting the occupants to the location being searched;

ii.      Records of the names, telephone numbers, addresses and other identifying information of persons directly or indirectly involved in the purchase, sale, possession, use and transference of controlled substances;

iii.     Records of the quantities, locations, schedules, or other descriptive information directly or indirectly related to the purchase, sale, possession, use and transference of controlled substances;

iv.     Records, documents, papers, bills, correspondence, letters relating to current and former employees of RES, ownership of automobiles of RES, current and former residents of RES

v.      Records of amounts of money owed or due, paid or collected, and the arrangements directly or indirectly related to the purchase, sale, possession, use and transference of controlled substances; and

C.      Tangible or electronic records, papers, statements, receipts, bills, and notations reflecting financial transactions and financial condition, including, but not limited to bills, receipts and records pertaining to the purchase and sale of goods and services; credit card statements; monthly bank statements and records of bank deposits and withdrawals; tax returns; and safe deposit box lease records and safe deposit box keys.

D.      Any container, safe, lock box or hidden compartment that can be used or is being used to store or conceal money, records, or paraphernalia directly or indirectly related to the use of the purchase, sale, possession, use and transference of controlled substances;

E.      This warrant authorizes forceful entry into any container, safe, lock box or hidden compartment that can be used or is being used to store or conceal money, records, paraphernalia or substances directly or indirectly related to the use of, the purchase, sale, possession, and transference of controlled substances;

## ADDENDUM B

Place to be searched:

The office and any common areas located inside of
2599 Washington St.
Roxbury, MA 02119

Recovery Educational Services owns and operates Sober Housing Units at 2597, 2599, and 2601 Washington Street, among others.

Number 2599 Washington Street, Roxbury is a tan colored townhouse situated between 2597 and 2601 Washington Street. There is a white and maroon wood colored staircase leading to the front porch, which is also wood and maroon wood colored. The front porch, which is shared with units 2597 and 2601, leads to the front door of 2599 Washington Street. The front door to 2599 Washington Street is white in color and has a half circle of windows located near the top. Directly under the windows is a sign marked "Office". The number 2599 is clearly visible above the front porch in black numerals. There are black and white mailboxes to the right of the door to 2599 Washington Street.

A Google Earth photo of RES including units 2597, 2599, and 2601 is attached below.

